## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| MARY MITCHELL (deceased), by her son and next friend, RICHARD MITCHELL, and KIMBERLY MOORE, on behalf of themselves and all other class members,<br><br>Plaintiffs,<br><br>v.<br><br>LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, L.P.; and ALEGIS GROUP, LLC,<br><br>Defendants. | CAUSE NO.: 2:12-CV-523-TLS |

## ORDER

This matter is before the Court on the Plaintiffs' Unopposed Motion for Entry of Final Approval Order [ECF No. 214], filed on April 2, 2020. The Plaintiffs seek the entry of a (Proposed) Final Approval Order [ECF No. 214] that is unopposed by the Defendants and has been submitted to the Court.

Finding the Final Approval Order fair, reasonable, and consistent with statutory goals, the Court GRANTS the Plaintiffs' Unopposed Motion for Entry of Final Approval Order [ECF No. 214] and APPROVES and ADOPTS, with slight modifications and corrections, the (Proposed) Final Approval Order [ECF No. 214]. The Court DENIES as moot the Plaintiffs' Motion for Entry of Final Approval Order [ECF No. 206]. The Court will enter the Final Approval Order by separate docket entry.

SO ORDERED on April 13, 2020.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT